## MOTION DOCKET

**92–833.** Cleveland Bar Assn. v. Mallory. On motion for leave to file affidavit instanter. Motion granted.

**92–989.** State ex rel. Celebrezze v. Natl. Lime & Stone Co. *Wyandot County*, No. 16–91–7. On motion for leave to substitute pages of record. Motion granted.

**92–1165.** Jackson v. Regional Transit Auth. *Cuyahoga County*, No. 60443. On request for findings of fact and conclusions of law. Request denied.

**92–1199.** MCI Telecommunications Corp. v. Limbach. Board of Tax Appeals, No. 88–G–1137. On request for oral argument. Request granted. On motion for extension of time. Motion granted.

F.E. SWEENEY, J., not participating.

**92–1682.** Hyde v. Reynoldsville Casket Co. *Ashtabula County*, No. 91–A–1660. On motion to reconsider denial of extension. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**92–1758.** State v. Amato. *Lake County*, No. 91–L–092. On motions for leave to file *amicus* of Vindicator Printing Company and Ohio Public Defender et al. Motions granted.